1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID L. GAPPA
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4020

**FILED**

MAY 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
              DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search and Seizure Warrants related to<br><br>Sac A Main, 415 Main Street<br>Suite C<br>Murphys, CA 95247<br><br>371 Horshoe Drive<br>Hathaway Pines, CA 95233 | CASE NO.   1:10-SW-47 SMS<br>            1:10-SW-48 SMS |

Upon application of the United States, and for the reasons provided in the application, the Court ORDERS that the deadline for forensic analysis is hereby extended to November 8, 2010.

Date: 5/12/2010

HON. SANDRA M. SNYDER
U.S. Magistrate Judge